# Exhibit B

*Defendants counsel 3/23/10*

# SEARCH TERMS FROM DEFENDANTS-COUNTERCLAIMANTS IN UNITED CENTRAL BANK v KANAN FASHIONS, INC. ET. AL., No. 10 cv 00331

**General Notes:**
These Search Terms are NOT case sensitive.
The use of "[space]" is a visual reference for a single SPACE.
All searches performed using these words should include the use of derivations where appropriate to ensure the production of relevant evidence. As a result, "!" should be used for each search term

## Loans and Letters of Credit ("LOC") at Issue
These tracking numbers identify Loans/Letter of Credits ("LOC") documents that are at issue. It would logically follow that communications internal to the Mutual Bank or United Central Bank (we refer to either as "the Bank") would likely use or reference these numbers.

| | | | | |
|---|---|---|---|---|
| #29320 | #29330 | #29340 | #324700 | #372700 |
| #98601 | 60181 | 98600 | 98601 | ILCMIL001426 |
| ILCMIL001485 | 001485 | 001426 | ATT3691 | N008 |
| N009 | ATT43691 | N002 | 20090831115804496 | |
| 1303005887 | #1303005887 | 29330 | 29340 | 324700 |
| 29320 | | | | |

## Amounts of Loans/Letters of Credit at Issue
These numerical numbers that are found in excel, word or emails are likely to be relevant to the case.

| | | | | |
|---|---|---|---|---|
| $1,766,000 | $100,000 | $2,320,000 | $23,500,000 | $26,500,000 |
| $591,000 | $8,323,298 | | | |

## Significant Dates Relevant to Loans/Letters of Credit at Issue
These dates are provided in multiple formats as UCB personnel might have referred to these dates in documents as applied to persons of interest – or the loan number. It is our belief that these dates will trigger on internal documents and discussions of interest. It might make sense depending on the hits generated to refine these dates.

| | | | | |
|---|---|---|---|---|
| 01-23-2011 | 01.23.2011 | 01/23/2011 | 03-08-2005 | 03-08-2006 |
| 03-08-2010 | 03.08.2005 | 03.08.2006 | 03.08.2010 | 03/08/2005 |
| 03/08/2006 | 03/08/2010 | 04-12-2006 | 04-27-2007 | 1-23-2011 |
| 1.23.2011 | 1/23/2011 | 10-23-2009 | 10.23.2009 | 10/23/2009 |
| 11-11-2009 | 11.11.2009 | 11/11/2009 | 3-8-2005 | 3-8-2006 |
| 3-8-2010 | 3.8.2005 | 3.8.2006 | 3.8.2010 | 3/8/2005 |
| 3/8/2006 | 3/8/2010 | 4-07-2007 | 4-12-2006 | 4-27-2007 |
| 4-30-2015 | 4-7-2007 | 4.07.2007 | 4.12.2006 | 4.27.2007 |
| 4.30.2015 | 4.7.2007 | 4/07/2007 | 4/12/2006 | 4/27/2007 |
| 4/30/2015 | 4/7/2007 | 6-03-2009 | 6-22-2006 | 6-22-2008 |
| 6-23-2004 | 6-3-2009 | 6.22.2006 | 6.22.2008 | 6.23.2004 |

| | | | | |
|---|---|---|---|---|
| 6/22/2006 | 6/22/2008 | 6/23/2004 | 6/3/2009 | 7-07-2006 |
| 7-28-2006 | 7-7-2006 | 7.07.2006 | 7.28.2006 | 7.7.2006 |
| 7/07/2006 | 7/28/2006 | 7/7/2006 | 8-05-2009 | 8-22-2009 |
| 8-5-2009 | 8.05.2009 | 8.22.2009 | 8.5.2009 | 8/05/2009 |
| 8-4-2009 | 8.04.2009 | 8/14/09 | 8.4.2009 | 8-14-2009 |
| 8.14.2009 | 8/14/09 | | | |
| 8/22/2009 | 8/5/2009 | apr. 12, 2006 | apr. 27, 2007 | apr. 30, 2015 |
| apr. 7, 2007 | april 12, 2006 | april 27, 2007 | april 30, 2015 | april 7, 2007 |
| aug. 22, 2009 | aug. 5, 2009 | august 22, 2009 | august 5, 2009 | jan. 23, 2011 |
| january 23, 2011 | july 28, 2006 | july 7, 2006 | june 22, 2006 | june 22, 2008 |
| june 23, 2004 | june 3, 2009 | mar. 8, 2005 | mar. 8, 2006 | mar. 8, 2010 |
| march 8, 2005 | march 8, 2006 | march 8, 2010 | nov. 11, 2009 | november 11, 2009 |
| oct. 23, 2009 | october 23, 2009 | august 4, 2009 | august 14, 2009 | |

### Names of Involved Individuals and Companies

These terms seek to identify persons, documents and discussions between individuals involving matter at hand. General note - based on the results it might be appropriate to require a result to have the keyword fdic[space] with a minimum of two of these terms (i.e., joshi.....[fdic][space].....

| | | | | |
|---|---|---|---|---|
| annie | benik | Blumenthal | pjoshi | MShah |
| cicero | dave clark | dhawan | Gee | Hubbard |
| jbenik | Joshi | karuna | Khan | Laffee |
| lively | Luke | magnuson | Mehul | Mishra |
| Nassirulah | niki | Norma | pacocha | sschreiber |
| paresh | Salil | schreiber | Shah | sustido |
| svehla | Sylvia | varsha | verga | Gosiewski |
| kohl | Raven | smishra | annie.gee | dlaffee |
| dlaffee | cmagnuson | | sylvia.hubbard | |
| andy.cicero | | joesph.svehla | svehla | micheleg |
| kdhawan | | Nassir | Manby | Hansel |
| Morrow | | Nasir | dclark | Bell |

### Terms Associated With Kanan Companies

These terms can reasonably be expected to identify documents and communications relating to the Kanan transactions.

| | | | | |
|---|---|---|---|---|
| 22nd st. | 22nd street | aurora | authority | back-to-school |
| cruiser | christmas season | cwc[space] | exposition | kci[space] |
| kfi[space] | kh[space] | kanan | metropolitan | mpea[space] |
| oakbrook terrace | pier | sri lanka | warehouse | warehousing |
| creative | cruises | cruiser | | |

### Terms Associated With Potential Discussions Concerning Kanan By UCB staff

These terms based on the information provided to date are expected to identify internal discussions regarding Kanan internal to UCB. Based on the initial results, it might be appropriate

2

to refine or combine these terms.

| | | | | |
|---|---|---|---|---|
| [space]lc[space] | (45) days | consequences | damages | destroyed |
| destructive | disastrous | fdic requires | impairment | irrevocable |
| kanan | Kohl | letter of credit | line of credit | loc[space] |
| reaffirm | Receiver | severe | standby | takeover |
| disaffirm | insecurity | 1-208 | undercollateral | |
| under-collateral | freeze | | | |

3