# Exhibit C

on 4/22/10 10:22 AM, Alan R. Borlack at aborlack@bbn-law.com wrote:

>> Subject: E discovery
>> Date: Thu, 22 Apr 2010 09:16:28 -0500
>> From: "Vilia M. Dedinas" <VDedinas@boodlaw.com>
>> To: "David Muschler" <Cubmusch@aol.com>, "Alan R. Borlack"
>> <aborlack@bbn-law.com>
>>
>> David -
>>
>> I preparation for our meeting tomorrow, I enclose a list of the
>> custodians whose emails we have obtained.  They include all emails
>> from all these individuals without a time limitation.  We were over
>> inclusive in our designation of custodians to be conservative.
>>
>> As you can see, the data is huge.  It is my understanding that 1 GB
>> translates to about 50,00-75,000 pages of documents.
>>
>> The emails have been de-duped so there should be little duplication
>> of emails.
>>
>> We need to discuss search term strategies that we can both agree to
>> for us to utilize to create a universe of documents that will be
>> responsive to your discovery requests, as I would imagine that
>> neither of our clients is interested in reviewing half a million
>> pages of documents.  Although you provided search terms, I don't
>> think individual searches by each item you listed will be a helpful
>> in reducing the documents in a productive way.
>>
>> Vilia
>>
>> Content-Type: application/vnd.ms-excel; name="Custodian_List.xls"
>> Content-Description: Custodian_List.xls
>> Content-Disposition: attachment;
>> filename="Custodian_List.xls"
>>
>