UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.0.3
Eastern Division

United Central Bank
                    Plaintiff,
v.                                      Case No.: 1:10−cv−00331
                                        Honorable Robert W. Gettleman
Kanan Fashions, Inc, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 29, 2010:

MINUTE entry before Honorable Robert W. Gettleman: Motion hearing held on 6/29/2010 regarding motion for judgment on the pleadings[94] which is withdrawn. Response to United Central's motion [102] for judgment is due by 7/20/2010. reply is due by 8/3/2010. Status hearing date of 9/14/2010 is re−set to 9/29/2010 at 9:00 a.m. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.