IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED CENTRAL BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No. 10 cv 00331 |
| ) | |
| KANAN FASHIONS, INC., CREATIVE ) | Judge Robert W. Gettleman |
| WAREHOUSING (CHICAGO), LLC, KANAN ) | |
| CRUISES, INC., KANAN HOLDINGS, LLC., ) | Magistrate Michael Mason |
| VARSHA SHAH and MEHUL SHAH, ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT ON ESI SEARCH TERMS**

Pursuant to this Court's Order of August 30, 2010, Plaintiff United Central Bank (the "Plaintiff") and Defendants Kanan Fashions, Inc., Creative Warehousing (Chicago), LLC., Kanan Cruises, Inc., Kanan Holdings, LLC., Varsha Shah and Mehul Shah ("Defendants"), provide this Joint Status Report of August 11, 2010 regarding discovery as follows:

In connection with Plaintiff United Central Bank's pending Corrected Motion for Protective Order Limiting Discovery and pursuant to the Court's July 30, 2010 Order, the parties met and conferred on August 6, 2010 met and conferred to attempt to agree on search terms for Plaintiff's ESI intended to identify documents related to the parties and transactions at issue. On August 8, 2010, Defendants submitted to Plaintiff proposed revised search terms, a proposed date range of February 1, 2009 to the present, and certain designated Plaintiff custodians for the search. The parties have reached preliminary agreement on said search terms. Plaintiff has used such terms and the Defendants' requested date range to run an ESI search of emails only for the designated custodians. The date range searched is without prejudice to Plaintiff's request in its Corrected Motion for Protective Order for a more limited date range. Plaintiff has provided Defendants with a spreadsheet of the number of hits resulting for such custodians using Defendants' requested search

terms and date range, the results of which indicate additional refinement of certain of the search terms is needed. The parties believe that further cooperation on search terms refinement will be successful without Court intervention.

The parties remain at issue on the relevant date range of Plaintiff's ESI production and the issue of whether production should be in native format (Defendants' position) or in TIF format with native production where reasonably requested (Plaintiff's position) and request further ruling on these issues.

August 11, 2010

| UNITED CENTRAL BANK | KANAN FASHIONS, INC., CREATIVE WAREHOUSING (CHICAGO), LLC, KANAN CRUISES, INC., KANAN HOLDINGS, LLC, VARSHA SHAH and MEHUL SHAH |
|---|---|
| By: ___/s/ Vilia M. Dedinas_____<br>    One of its Attorneys | By: _/s/ Eric Grossman_____<br>    One of their Attorneys |
| Alexander R. Domanskis<br>Vilia M. Dedinas<br>Bradley S. Block (of counsel)<br>Boodell & Domanskis, LLC<br>205 North Michigan Avenue, Suite 4307<br>Chicago, IL 60601<br>Phone: (312) 540-1075<br>Fax:   (312) 540-1162<br>e-mail: domanskis@boodlaw.com<br>        vdedinas@boodlaw.com<br>        bblock@boodlaw.com | Alan R. Borlack<br>David Muschler<br>Eric Grossman<br>Bailey Borlack Nadelhoffer LLC<br>135 South LaSalle Street, Suite 3950<br>Chicago, Illinois 60603<br>Phone: (312) 629-2700<br>Fax:   (312) 629-0174<br>email: aborlack@bbn-law.com<br>       Cubmusch@aol.com<br>       egrossman@bbn-law.com |