# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 10 C 331 | **DATE** | 8/26/10 |
| **CASE TITLE** | United Central Bank vs. Kanan Fashions, Inc. Et al | | |

**DOCKET ENTRY TEXT**

The Bank's Motion for Entry of Protective Order [156] is granted as follows.

■[ For further details see text below.]　　　　　　　　　　　　　　　　　Notices mailed by Judicial staff.

## STATEMENT

The Bank's proposed protective order will be entered with the following revisions. The proposed protective order must be revised to comply with the Seventh Circuit's and this Court's requirement that any protective order include an explicit procedure under which an interested member of the public may challenge the confidential designation of particular documents. *See Bond v. Utreras*, 585 F. 3d 1061 (7th Cir. 2009). In addition, the Bank shall revise Paragraph 16 to state: "Documents or information containing Confidential Information or Highly Confidential Information shall retain their confidential status and be entitled to the protections of this Order even if the Bank has previously disclosed, or subsequently discloses, such documents or information to a department, agency or division of the federal, state, or local government, including a regulatory agency, or a credit reporting agency, unless such documents or information are otherwise public knowledge or publically available (See Paragraph 12)." The Bank shall also revise Paragraph 8 to define "qualified persons" as those listed in "subparagraphs (b) through (g) above." By 8/30/10, the Bank shall submit to this Court's proposed order e-mail address an amended proposed protective order in WordPerfect format. Defendant's Motion to Strike Plaintiff's Motion for Entry of Protective Order and Set Briefing Schedule [158] is denied.