UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
Eastern Division

United Central Bank

                    Plaintiff,

v.                                          Case No.: 1:10–cv–00331
                                              Honorable Robert W. Gettleman

Kanan Fashions, Inc, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 3, 2010:

      MINUTE entry before Honorable Michael T. Mason: Defendants' Motion for Reconsideration of a Certain Provision in August 12, 2010 Ruling [176] is granted. Plaintiff has no objection to defendants' motion [180]. The Court's 08/12/10 ruling [154] is revised as follows. In addition to producing any documents that support its affirmative defenses, the Bank is ordered to produce any documents that refer, reflect or relate to any collateral, eligible accounts receivable and inventory or discrepancies in letters of credit that are the subjects of affirmative defense nos. 3–5 and 11. The remainder of the 08/12/10 order [154] stands. The 09/08/10 notice date is stricken; no appearance is necessary on that date. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.