# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED CENTRAL BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 10 CV 331 |
| v. | ) | |
| | ) | Judge Feinerman |
| KANAN FASHIONS, INC. | ) | |
| CREATIVE WAREHOUSING(Chicago), LLC, | ) | Magistrate Judge Mason |
| KANAN CRUISES, INC., | ) | |
| KANAN HOLDINGS, LLC, VARSHA SHAH, | ) | |
| AND MEHUL SHAH, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' AMENDED CHRONOLOGY OF ESI

Now come defendants Kanan Fashions, Incorporated ("Kanan"), Creative Warehousing (Chicago), LLC ("CW"), Kanan Cruises, Inc. ("Kanan Cruise"), Kanan Holdings, LLC ("KH"), Varsha Shah ("Mrs. Shah"), and Mehul Shah ("Mr. Shah"), (collectively "Defendants"), and for their Amended Chronology of ESI state as follows:

As this Court knows, current counsel for defendants appeared in this case on October 7, 2010. Therefore, all information current counsel has regarding ESI in this case has been rebuilt based on what is in the record, what defendants recall or what the defendants have been able to retrieve from their own email. ESI was controlled by the defendants' former counsel ("respondents"). All ESI communications with plaintiff were controlled by respondents. Any requests made by respondents regarding ESI that are in defendants possession are included in the chronology below, as well as defendants actions based on those requests. As defendants were not in control of the ESI, this

chronology is not an attempt to recreate what prior counsel has done regarding ESI, it only reflects what defendants can recall or provide documentation.

| Date | Author | Summary of contents |
|---|---|---|
| 02/19/10 | ARB | Email from former counsel re: filing of ESI agreement |
| 02/23/10 | PJ | Email to/from former counsel and Paresh Joshi re: locations of server and employees |
| 02/26/10 | MS, DC, BS SB | First Midwest Bank approaches Mehul Shah to consent on foreclosure of warehouse. Mehul Shah and Steve Blumenthal meet with Dave Clark and Bill Serritella of First Midwest Bank and discussed leasing warehouse back to defendants as is if back in business. Defendants then requested First Midwest negotiate the lease back on server. Following their meeting, Mehul Shah emails Dave Clark the lease loan and customer numbers. |
| 03/01/10 | MS and DC | Emails to/from Dave Clark and Mehul Shah re: a copy of the equipment list pursuant to the Associated Bank lease in preparation of Dave Clark's meeting with Associated Bank. |
| 03/05/10 | DM | Email from former counsel re: defunct server, computers, server and other related computer equipment |
| 03/15/10 | | First Midwest Bank records deed in lieu of foreclosure on the warehouse. |
| 03/15/10 | DC and MS | Emails from Dave Clark requesting another copy of the equipment list sent on March 1. |
| 03/16/10 | DC, PJ and MS | Emails from Dave Clark requesting another copy of the equipment list sent on March 1. |
| 04/06/10 | DC | Email from Dave Clark to Mehul Shah advising re-negotiations with Associated Bank |
| 04/14/10 | VD | Email from Plaintiff to former counsel re: third party claims to server/systems |
| 04/16/10 | EGM | Email from former counsel setting date of 4/23/10 for have joint meeting at Kanan's office for inspection of failed drive/server and discussion for the same |
| 04/16/10 | PJ | Email from Defendants to former counsel re: lack of third party claims to computers |
| 04/19/10 | EGM | Email from former counsel to Plaintiff Eric stating that "There is currently no creditor repossession effort by lawsuit or other demand" |
| 04/20/10 | VD | Email from Plaintiff requesting joint meeting to inspect and repair failed derive in front of attorney and their computer consultant. |
| End 4/10- early 5/10 | MS, PJ, DC and ARB | Telephone communication with Defendants, former counsel and Bank re: access to server and need for subpoena |
| 04/28/10 | EGM | Email from counsel to ask if Defendants should make an offer to pay internal IT for his assistance with ESI |
| 04/28/10 | EGM | Letter from former counsel to Plaintiff re: ESI production |

| Date | Initials | Description |
|---|---|---|
| 04/28/10 | PJ | Email from Defendant to former counsel re: progress on moving boxes and taking pictures, per former counsel's instruction |
| 04/29/10 | EGM | Letter from former counsel to Plaintiff outlining Defendants' ESI status |
| 05/05/10 | VD | Letter from Plaintiff responding to our ESI production request |
| 05/05/10 | ARB | Email from former counsel re: internal IT person |
| 05/07/10 | ARB | Email from former counsel re: responses to interrogatories and ESI. |
| 05/11/10 | EGM | Email from former counsel re: status on the transport of the warehouse server and other personal computers to Oakbrook office |
| 05/11/10 | EGM | Email from former counsel re: the names of custodians of the computers. |
| 05/12/10 | EGM | Letter from former counsel to Plaintiff in response of Plaintiff's 5/4/10 letter |
| 05/12/10 | ARB | Email from former counsel re: damaged server |
| 05/13/10 | PJ | Emails to/from former counsel and Defendant that First Midwest is working with Associated Bank to resolve the matter of server access and that the computers (server) are still at the warehouse. |
| 05/14/10 | ARB | Email from former counsel to Plaintiff re: status of ESI |
| 05/19/10 | EGM | Email from former counsel to stop printing emails |
| 05/19/10 | ARB | Email from former counsel re: Judge Mason's rulings |
| 05/19/10 | EGM | Email from former counsel with alternatives about how to proceed about ESI going forward. |
| 05/24/10 | ARB | Email from counsel re: internal IT replacement |
| 05/25/10 | EGM | Email from former counsel re: access to server |
| 05/25/10 | EGM | Letter from former counsel to Plaintiff re: ESI production from Plaintiff |
| 05/26/10 | EGM | Correspondence from former counsel re: status of back up tapes and cataloging efforts |
| 05/26/10 | ARB | Correspondence between Plaintiff and former counsel re: ESI status in Texas and Chicago |
| 05/27/10 | EGM | Letter from former counsel re: conference call of back-up tapes, servers, hardware and software |
| 06/03/10 | ARB | Email from former counsel that Plaintiff filed corrected motion to limit ESI discovery - Protective Order |
| 06/10/10 | EGM | Correspondence from former counsel re: requirements of the I.T. person to be appointed |
| 06/11/10 | ARB | Former counsel forwarded letter from Plaintiff re: ESI |
| 06/17/10 | ARB | Former counsel filed motion in opposition to Protective Order |
| 06/22/10 | EGM | Correspondence from former counsel re: approval of new ESI IT appointee |
| 06/28/10 | DC | Email from Dave Clark to Mehul Shah regarding offer from Associated Bank for the server |
| 06/28/10 | MS | Email from Mehul Shah to Dave Clark regarding counteroffer or settlement of deal to re-lease server from Associated Bank, further advising it would take Shah until end of July to raise money to close on deal |
| 07/01/10 | EGM | Email between former counsel and new ESI liaison |
| 07/13/10 | ARB | Email from former counsel re: motion filed by Plaintiff for extension on ESI |
| 07/15/10 | ARB | Email from former counsel re: forwarded letter dated 7/14/2010 from Plaintiff |

| Date | Initials | Description |
|---|---|---|
| 07/23/10 | EGM | Email from former counsel with the updates on ESI |
| 07/29/10 | ARB | Email from former counsel re: supplemental reply from the bank |
| 07/29/10 | ARB | Email from former counsel re: sur-reply from the bank |
| 08/04/10 | ARB | Letter from former counsel to Mehul Shah re: ESI issues and server |
| 8/3/2010 to 8/9/2010 | EGM | Email communications between former counsel, Defendants and ESI liaison re: Great Plains data |
| 8/9/10 | MS | Email from Mehul Shah to Dave Clark advising he will not able to obtain financing to re-lease server from First Midwest Bank until August 16 |
| 08/13/10 | ARB | Email from former counsel with the Judge's opinion dated 8/12/10 about limiting ESI data |
| 08/13/10 | EGM | Email from former counsel summarizing points for going before the court on 8/26/2010 with ESI Liaison, server, back-ups and email |
| 08/20/10 | ARB | Email from former counsel to be present in the court on 8/26/10 |
| 08/20/10 | EGM | Email from former counsel re: response to Plaintiff on its inquiry of 7/14/10 |
| 08/24/10 | ARB | Email from former counsel re: letter from Plaintiff in response to letter dated 8/20 |
| 08/30/10 | DC | Email from Dave Clark to Mehul Shah advising he finalized the server transaction with Associated Bank and sold the server to a buyer in Dubai |
| 08/31/10 | MS | Email from Mehul Shah to Dave Clark asking who has the master lease and guarantee of the server |
| 08/31/10 | DC | Email from Dave Clark to Mehul Shah advising the purchaser of the server purchased the guarantee and master lease |
| 08/31/10 | ARB | Email from former counsel re: sale of server by Dave Clark |
| 08/31/10 | EGM | Email from former counsel re: Plaintiff's email about custodians and search terms. |
| 09/03/10 | EGM | Email from former counsel re: ESI liaison status on Great Plains data and back-ups |
| 09/05/10 | EGM | Email from former counsel re: external hard drives |
| 09/09/10 | EGM | Email from former counsel re: e-mail exchange between him and Plaintiff about custodians and search terms. |
| 09/10/10 | EGM | Email from former counsel re: gmail passwords |
| 09/13/10 | EGM | Email from former counsel re: pending points and loss of ESI liaison, substitution of new ESI liaison |
| 09/14/10 | EGM | Email from former counsel with his reply to Plaintiff re: custodians and search terms. |
| 09/20/10 | EGM | Email from former counsel to Plaintiff re: finding of Great Plains data on server |

Respectfully submitted,

KANAN FASHIONS, INC., CREATIVE WAREHOUSING (Chicago), LLC, KANAN CRUISES, INC., KANAN HOLDINGS, LLC, VARSHA SHAH, AND MEHUL SHAH,

/s/ James J. Roche
By: One of their attorneys

James J. Roche
James J. Roche & Associates
642 North Dearborn Street
Chicago, IL 60654
Phone: (312) 335-0044
Fax:   (312) 335-9009
e-mail: jroche@jjroche.net
Atty. No. 2359162

**COUNSEL FOR DEFENDANTS**

Dated: November 19, 2010