# EXHIBIT B



---------- Forwarded message ----------
From: <Dave.Clark@firstmidwest.com>
Date: Mon, Aug 30, 2010 at 8:57 AM
Subject:
To: Mehul Shah <mshah@kanangroup.com>


Mehul
I am very sorry, but as I told you back in July, I was very anxious to sell the building. As I was entering into a contract to sell the warehouse, I had to find someone to take the computer. I finalized the transaction with Associated Bank for a buyer in Dubai. The money was wired and they picked up the computer the following day. Again, I am sorry, but I waited through the end of July and could not wait any longer.
Dave Clark
Vice President
First Midwest Bank
One Pierce Place
Suite 1500
Itasca, Illinois 60143
Phone: (630) 875-7400 ---------------------------------------- This electronic message and any files transmitted with it are the property of First Midwest Bank and/or its affiliate, are confidential and/or privileged, and/or intended solely for the use of the individual(s) and/or entity(ies) to whom this message is addressed. If you are not the addressee or one of the named addresses or otherwise have reason to believe that you have received this message in error; please notify the sender by replying to this message and deleting it immediately from any computer. Any review, retention, dissemination, retransmission or other use of this information is strictly prohibited.

11/8/2010