# EXHIBIT D



---------- Forwarded message ----------
From: **Mehul Shah** <mshah@kanangroup.com>
Date: Mon, Jun 28, 2010 at 3:55 PM
Subject: Re: Fw: Kanan Fashions Lease
To: Dave.Clark@firstmidwest.com

Dave,
As discussed over the phone I would appreciate if associated can be settled at $ 60,000. If you feel it is not working out than we should accept this offer from Associated at $ 65,000 and proceed to purchase the lease and guaranty .
As you know I am traveling overseas and won't return until mid July. While I want to work out lease terms with Darwin Realty when I return, I want to keep the lease separate from this matter with Associated. So if possible I would like to have FMB buy the lease and guaranty from Associated as quickly as Bill can arrange it and once I return to Chicago, I will arrange to repay FMB the $65,000 and repurchase the lease and guaranty from you at that time. You can assume I will be in a position to close on this aspect with you no later than July end, 2010. Please let me know if this arrangement is satisfactory to you. Thanks again.

Regards,

Mehul

On Mon, Jun 28, 2010 at 8:58 AM, <Dave.Clark@firstmidwest.com> wrote:
The offer from Associated is now at $65,000 so I think we should settle. Then you should talk to Darwin about the lease.

Dave Clark
Vice President
First Midwest Bank
One Pierce Place
Suite 1500
Itasca, Illinois 60143
Phone: (630) 875-7240
----- Forwarded by Dave Clark/FMBCERT on 06/28/2010 08:55 AM -----

From:      William Serritella <wserritella@agdglaw.com>
To:        "'Dave.Clark@firstmidwest.com'" <Dave.Clark@firstmidwest.com>
Date:      06/26/2010 06:53 AM
Subject:   Fw: Kanan Fashions Lease

11/22/2010

Let's talk.

_____

**From:** Tina Jacobs
**To:** William Serritella
**Cc:** Dieterich, James
**Sent:** Fri Jun 25 15:31:08 2010
**Subject:** FW: Kanan Fashions Lease
Bill,

After careful consideration and analysis, Associated Bank has authorized me to revise the purchase price for the assignment of lease and guaranty of the Kanan Fashions lease from $370,000.00 to $65,000.00. This is obviously a significant reduction in the amount due to the Bank and a minimum amount it can accept to complete this assignment transaction. This counter-offer is being tendered in good faith and is not intended to solicit further offers, as the Bank is looking to keep all fees and expenses to a minimum. Please discuss this counter-offer with your client and advise me as soon as possible whether this matter can be settled for the proposed amount. Thank you.

Tina

**From:** Tina Jacobs [mailto:tjacobs@jonesandjacobs.com]
**Sent:** Friday, June 04, 2010 4:46 PM
**To:** 'wserritella@agdglaw.com'
**Cc:** 'Dieterich, James'
**Subject:** Kanan Fashions Lease

Please see attached.

Tina M. Jacobs, Esq.
Jones & Jacobs
77 W. Washington Street
Suite 2100
Chicago, Illinois 60602
(312) 419-0700 phone
(312) 419-9114 fax

IMPORTANT: This e-mail transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify me immediately by responding to this e-mail or by telephone, and delete the material from your computer. Thank you.

_____ Information from ESET NOD32 Antivirus, version of virus signature database 5173 (20100604) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

_____ Information from ESET NOD32 Antivirus, version of virus signature database 5229 (20100625) _____

The message was checked by ESET NOD32 Antivirus.

11/22/2010

http://www.eset.com[attachment "Serritella 2.pdf" deleted by Dave Clark/FMBCERT] -----------------
----------------------- This electronic message and any files transmitted with it are the property of First Midwest Bank and/or its affiliate, are confidential and/or privileged, and/or intended solely for the use of the individual(s) and/or entity(ies) to whom this message is addressed. If you are not the addressee or one of the named addresses or otherwise have reason to believe that you have received this message in error; please notify the sender by replying to this message and deleting it immediately from any computer. Any review, retention, dissemination, retransmission or other use of this information is strictly prohibited.

11/22/2010