# EXHIBIT E

**William Semitella**

| | |
|---|---|
| From: | Steven H. Blumenthal [sblumenthal@muchshelist.com] |
| Sent: | Tuesday, March 16, 2010 9:20 AM |
| To: | William Semitella |
| Cc: | Bernard Schiller; Steve.Clark@firstmidwest.com; Mehul Shah |
| Subject: | RE: FMB - Creative [MUCH-MSH.FID101178] |

Bill - a few housekeeping matters. I now understand that as part of FMB purchasing the Associated Bank lease, you will take title to the leased items which includes the warehouse computer system and its hard drive. As part of documenting our right to re-acquire those items, I need to make sure that the hard drive and system are accessible before we re-acquire since those items will be relevant to the UCB litigation and discovery. Accordingly until the outside date by which we must re-acquire the items and repay the bank, I need the bank to agree that they will preserve the items and allow access to UCB or us in connection with the litigation.

On a separate note, Mehul has boxes of personal records at the warehouse which he will arrange to move out but he will need access to the warehouse during the next 2 weeks for that purpose. Similarly, there is a copier in the warehouse that was on lease and he has settled that lease out. In any event, the leasing company will be coming to pick that up and again we will need access for that to occur. Mehul is trying to get that done in the next few days.

If you have any questions or concerns please let me know. Steve

Steven H. Blumenthal
Much Shelist
Much Shelist Denenberg Ament and Rubenstein, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL 60606
Phone 312.521.2443
Fax 312.521.2443
sblumenthal@muchshelist.com
www.muchshelist.com

Associated with International ALLIANCE of Law Firms

Please consider the environment before printing this email.

The information contained in this email communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone and/or reply email.

Circular 230 notice:
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

| | |
|---|---|
| From: | William Semitella [mailto:bsemitella@agdglaw.com] |
| Sent: | Monday, March 15, 2010 4:35 PM |
| To: | Steven H. Blumenthal |
| Cc: | Bernard Schiller; Steve.Clark@firstmidwest.com |
| Subject: | FMB - Creative |

Steve:

As you know, the CTL transaction closed today. You also probably know that Dave Clark made a deal with Associated and that matter will be papered this week as well.

Today, we filed the eviction complaint against Kanan. Tomorrow, we will be sending you a proposed agreed possession order for your review and comment. We will also be sending you a proposed stipulation for consent foreclosure for you to review. Your prompt attention to those two matters would be most appreciated.

EXHIBIT
29