# EXHIBIT F

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED CENTRAL BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 10 CV 331 |
| v. | ) | |
| | ) | Judge Feinerman |
| KANAN FASHIONS, INC. | ) | |
| CREATIVE WAREHOUSING(Chicago), LLC, | ) | Magistrate Judge Mason |
| KANAN CRUISES, INC., | ) | |
| KANAN HOLDINGS, LLC, VARSHA SHAH, | ) | |
| AND MEHUL SHAH, | ) | |
| | | |
| Defendants. | | |

## AFFIDAVIT OF MEHUL SHAH

NOW COMES the affiant, MEHUL SHAH, and after being duly sworn on oath states as follows in support of Defendants' Response to Plaintiff's Motion for Discovery Sanctions:

1.  The information contained in this affidavit is based on my personal knowledge and belief and if called to testify I am competent to testify thereto.

2.  I was first made aware of the need to access the server from the CW warehouse on or about April 26, 2010.

3.  In response, I called First Midwest Bank representative Dave Clark and told him they needed to get access to the server. Paresh Joshi joined this call. In that phone call, First Midwest Bank representative Dave Clark told us that the sever belonged to Associated Bank. Mr. Clark further told us that he would need a court order or subpoena to allow them access to

the server in the CW Warehouse. Mr. Clark then told us that he had also informed Plaintiff of the same procedure to have access to the server.

4.     I immediately third-party conference called our former counsel so that they could hear what the bank had told them regarding the server and act accordingly. Paresh Joshi also joined this call.

5.     I believed that either Respondents or Plaintiff would present Associated Bank or First Midwest Bank with a subpoena for the server.

6.     I entered into negotiations with First Midwest Bank representative Dave Clark to attempt to re-lease the server contract so that I could have possession of the server. It appeared that a deal was coming close to fruition at the end of June 2010. I began to seek the funds to close the deal.

7.     Before I could obtain the proper financing, on August 30, 2010 I was told by Mr. Clark of First Midwest Bank that the server had been sold to a buyer in Dubai.

FURTHER AFFIANT SAYETH NOUGHT.

MEHUL SHAH

STATE OF ILLINOIS          )
                           ) SS
COUNTY OF COOK             )

I, R. Michelle Karlow, a notary public in and for, and residing in said County, in the State aforesaid, DO HEREBY CERTIFY, that Mehul Shah is personally known to me to be the same person whose name is subscribed to the foregoing Instrument, that he appeared before me this day in person, and acknowledged that he signed, sealed, and delivered the said Instrument as a free and voluntary act, for the uses and purposes set forth.

GIVEN under my hand and notarial seal this 8th day of Dec., 2010.

*R. Michelle Karlow*

NOTARY PUBLIC

OFFICIAL SEAL
R MICHELLE KARLOW
Notary Public - State of Illinois
My Commission Expires May 15, 2012

JAMES J. ROCHE & ASSOCIATES
Attorneys for Defendants
642 North Dearborn
Chicago, Illinois 60654
(312) 335-0044
Attorney #2359162