# EXHIBIT G

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED CENTRAL BANK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KANAN FASHIONS, INC. ) <br> CREATIVE WAREHOUSING(Chicago), LLC, ) <br> KANAN CRUISES, INC., ) <br> KANAN HOLDINGS, LLC, VARSHA SHAH, ) <br> AND MEHUL SHAH, ) <br> ) <br> Defendants. | 10 CV 331 <br><br> Judge Feinerman <br><br> Magistrate Judge Mason |

### AFFIDAVIT OF PARESH JOSHI

NOW COMES the affiant, PARESH JOSHI, being duly sworn on oath states as follows in support of Defendants' Response to Plaintiff's Motion for Discovery Sanctions:

1. The information contained in this affidavit is based on my personal knowledge and belief and if called to testify I am competent to testify thereto.

2. I was the Chief Financial Officer of Kanan Fashions.

3. I was first made aware of the need to access the server from the CW warehouse on or about April 26, 2010.

4. In response, Mehul Shah called First Midwest Bank representative Dave Clark, I joined the call, and then Mehul Shah told him they needed to get access to the server. In that phone call, First Midwest Bank representative Dave Clark told us that the sever belonged to Associated Bank. Mr. Clark

further told us that he would need a court order or subpoena to allow them access to the server in the CW Warehouse. Mr. Clark then told us that he had also informed Plaintiff of the same procedure to have access to the server.

5. Mehul Shah immediately third-party conference called our former counsel so that they could hear what the bank had told them regarding the server and act accordingly. I joined this call.

6. I believed that either Respondents or Plaintiff would present Associated Bank or First Midwest Bank with a subpoena for the server.

7. On May 13, 2010 our former counsel sent another email to me asking me about the status of the server. I responded that the Defendants were still attempting to work this out with First Midwest Bank and that the server was still at the warehouse.

FURTHER AFFIANT SAYETH NOUGHT.

*P. Joshi*

PARESH JOSHI

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

I, R. Michelle Karlow, a notary public in and for, and residing in said County, in the State aforesaid, DO HEREBY CERTIFY, that <u>Paresh Joshi</u> is personally known to me to be the same person whose name is subscribed to the foregoing Instrument, that he appeared before me this day in person, and acknowledged that he signed, sealed, and delivered the said Instrument as a free and voluntary act, for the uses and purposes set forth.

GIVEN under my hand and notarial seal this 8th day of Dec., 2010.

R. Michelle Karlow
NOTARY PUBLIC

OFFICIAL SEAL
R MICHELLE KARLOW
Notary Public - State of Illinois
My Commission Expires May 15, 2012

JAMES J. ROCHE & ASSOCIATES
Attorneys for Defendants
642 North Dearborn
Chicago, Illinois 60654
(312) 335-0044
Attorney #2359162