UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED CENTRAL BANK, <br><br>　　　　　Plaintiff, <br><br>vs. <br><br>KANAN FASHIONS, INC., CREATIVE WAREHOUSING (Chicago), LLC, KANAN CRUISES, INC., KANAN HOLDINGS, LLC, VARSHA SHAH, AND MEHUL SHAH, <br><br>　　　　　Defendants. | ) ) ) ) ) ) No. 10 cv 00331 ) ) Judge Feinerman ) Magistrate Judge Mason ) ) ) |

**TABLE OF CONTENTS OF EXHIBITS**

| **Ex**. | **Description** |
|---|---|
| A | Affidavit of Alan R. Borlack |
| B | Affidavit of Eric G. Grossman |
| C | Affidavit of David E. Muschler |
| D | Affidavit of Daniel G. Garrie |
| 1 | January 21, 2010 Borlack email to Shah and Joshi, cc Schreiber and Blumenthal (litigation hold) |
| 2 | January 21, 2010 Shah email to Borlack (re litigation hold) |
| 3 | January 25, 2010 Borlack email to Shah, cc Schreiber and Blumenthal (litigation hold) |
| 4 | February 18, 2010 Muschler email to Shah and Joshi, cc Borlack (litigation hold) |
| 5 | February 18, 2010 Joshi email to Muschler, cc Shah and Borlack (re litigation hold) |
| 6 | February 18, 2010 Borlack email to Joshi and Shah, cc Blumenthal, Schreiber, and Muschler, enclosing draft ESI agreement (litigation hold) |
| 7 | February 19, 2010 Borlack email to Joshi and Shah, cc Blumenthal, Schreiber, and Muschler (litigation hold) |

| | |
|---|---|
| 8 | February 19, 2010 Borlack email to Joshi and Shah, cc Blumenthal, Schreiber, and Muschler enclosing Amended ESI agreement (litigation hold) |
| 9 | March 3, 2010 Muschler email to Joshi and Shah, cc Borlack (litigation hold) |
| 10 | February 26, 2010 letter to First Midwest Bank, CWC and KFI (bates-tamped BLU 737-639) |
| 11 | March 15, 2010 email from Serritella to Blumenthal, cc to Clark and Schlifke (bate-stamped FMB 18-19)/ Blumenthal's March 16, 2010 email to Serritella, cc Shah, Clark, and Schlifke (bate-stamped FMB 18-19) |
| 12 | Emails in chronological order sent to or received by Blumenthal produced by FMB, Clark, or Steven Blumenthal (documents produced by Blumenthal have prefix of BLU; documents produced by FMB have prefix of FMB; documents produced by Clark have prefix of DC/AB): |

(1)     January 28, 2010 M.Shah email to James Dietrich (attorney for Associated Bank, the lessor of the server) with email thread of J.Dietrich's January 28, 2010 email to M.Shah (BLU 956);

(2)     February 15, 2010 M.Shah email to J.Dietrich with email thread of J. Dietrich's February 14, 2010 email to M.Shah (BLU 957);

(3)     February 17, 2010 M.Shah email to S.Blumenthal with email thread of February 14-15 and 17, 2010 M.Shah and J.Dietrich exchange of emails (BLU 960-962);

(4)     February 23, 2010 S.Blumenthal letter to Tina M. Jacobs (attorney for Associated Bank, bcc to M.Shah (BLU 930-931);

(5)     February 26, 2010 M.Shah email to Dave Clark of FMB with email thread of D.Clark's February 26, 2010 email (BLU 959);

(6)     March 11, 2010 S.Blumenthal email to M.Shah and P.Joshi with email thread of D.Neville's email to S.Blumenthal, cc to W.Serrittella and B.Schlifke (BLU 777-778);

(7)     March 11, 2010 D.Clark email to S.Blumenthal and M.Shah, cc W.Serritella and T.Driver (BLU 636);

(8-9)     March 15-16, 2010 S.Blumenthal exchange of emails with W.Serritella (BLU 852-853, Ex. 11);

(10)     March 15, 2010 D.Clark email to S.Blumenthal (DC/AB 31);

(11)   March 17, 2010 S.Blumenthal email to M.Shah forwarding W.Serritella's March 17, 2010 email to J.Dietrich, cc T.Jacobs, D.Clark and J.Dietrich email (BLU 640-641);

(12)   March 17, 2010 W.Serritella email to T.Jacobs, cc D.Clark, R.Sodikoff, and J.Dietrich (BLU 858);

(13)   March 17-18, 2010 S.Blumenthal email exchanges with W.Serritella (BLU 653-655, 865);

(14)   April 3, 2010 W.Serritella email to S.Blumenthal (BLU 963);

(15)   April 5, 2010 S.Blumenthal email to M.Shah (BLU 679) and email thread of W.Serritella April 3, 2010 email to T.Jacobs;

(16)   May 13, 2010 T.Jacobs email to J.Dietrich, W.Serritella, and S.Blumenthal (BLU ___);

(17)   May 13, 2010  T.Jacobs May 13, 2010 letter to D.Clark, M.Shah, KFI c/o M.Shah and CWC c/o M.Shah, cc S.Blumenthal, W.Serrittella, I.Lauter, J.Dietrich (DC/AB 115-116);

(18)   May 14, 2010 S.Blumenthal to W.Serritella, cc M.Shah with email thread (DC/AB 113-114)

(19)   May 14, 2010 W.Serritella email to S.Blumenthal, cc D.Clark with email thread  (DC/AB 109-112);

(20)   May 26, 2010 S.Blumenthal email to W.Serritella with email thread (DC/AB 109-117);

(21)   May 26, 2010 W.Serritella email to T.Jacobs, cc D.Clark (BLU 952);

(22)   May 26, 2010 S.Blumenthal email to W.Serritella with email thread of May 26, 2010 W.Serritella email to T.Jacobs, cc D.Clark (DC/AB 107-108);

(23)   May 26, 2010 W.Serritella email to S.Blumenthal with email thread (DC/AB 105-106);

(24)   May 26, 2010 S.Blumenthal email to W.Serritella with email thread (DC/AB 105-106);

(25)   June 4, 2010 T.Jacobs letter to W.Serritella, cc J.Dietrich (BLU 971, DC/AB 104);

(26)  June 7, 2010 W.Serritella email to T.Jacobs, cc J.Dietrich and D.Clark with June 4, 2010 T.Jacobs email to W.Serritella (BLU 953-954);

(27)  June 7, 2010 W.Serritella email to S.Blumenthal with email thread of T.Jacobs June 4, 2010 email to W.Serritella cc J.Dietrich and T.Jacobs June 4, 2010 letter to W.Serritella, cc J.Dietrich (DC/AB 101-104);

(28)  June 7, 2010 S.Blumenthal email to W.Serritella with email thread (DC/AB 101-103);

(29)  June 28, 2010 W.Serritella email to S.Blumenthal, cc D.Clark with email thread of June 4, 2010 T.Jacobs email to W.Serrittella cc J.Dietrich (BLU 945-946);

(30)  June 28, 2010 S.Blumenthal email to W.Serritella with email thread (DC/AB 93-94);

(31)  June 28, 2010 M.Shah email to D.Clark with email thread of June 28, 2010 D.Clark email, June 26, 2010 W.Serritella email to D.Clark, June 25, 2010 T.Jacobs email to W.Serritella, cc J.Dietrich, and June 4, 2010 T.Jacobs email to W.Serritella, cc J.Dietrich (BLU 949-951);

(33)  July 6, 2010 W.Serritella to T.Jacobs, cc J.Dietrich with email thread of June 25, 2010 T.Jacobs email to W.Serritella, cc J.Dietrich, and June 4, 2010 T.Jacobs email to W.Serritella, cc J.Dietrich (BLU 947-948);

(33)  August 31, 2010 M.Shah email to D.Clark with email thread of D.Clark August 30, 2010 email to M.Shah (BLU 942)

13  Two July 15, 2010 emails from Clark to Shah produced in discovery by FMB or Dave Clark:

(34) July 15, 2010 D.Clark email to M.Shah (FMB 8);

(35) July 15, 2010 D.Clark email to M.Shah (DC/AB 79)

14  Emails in chronological order produced in discovery by defendants (no prefix):

(36)  February 26, 2010 M.Shah email to D.Clark (1);

(37)  February 26, 2010 M.Shah email to D.Clark, cc P.Joshi (8);

(38)  February 26, 2010 M.Shah email to D.Clark, cc P.Joshi (8);

(39)  February 26, 2010 D.Clark email to M.Shah, cc P.Joshi (9);

4

|   |   |   |
|---|---|---|
|   | (40) | March 1, 2010 D.Clark email to M.Shah (1-2); |
|   | (41) | March 1, 2010 M.Shah email to D.Clark, cc P.Joshi (2); |
|   | (42) | March 15, 2010 D.Clark email to M.Shah, cc W.Serritella (10); |
|   | (43) | March 15, 2010 D.Clark email to M.Shah, cc P.Joshi (2); |
|   | (44) | March 15, 2010 M.Shah email to D.Clark, cc P.Joshi (2-3); |
|   | (45) | March 15, 2010 P.Joshi email to D.Clark, cc M.Shah (3); |
|   | (46) | March 16, 2010 M.Shah email to D.Clark, cc P.Joshi (3-4); |
|   | (47) | April 6, 2010 D.Clark email to M.Shah (11); |
|   | (48) | August 31, 2001 D.Clark email to M.Shah (19) |

| | |
|---|---|
| 15 | March 2, 2010 Serritella email to Domanskis and Borlack, cc Clark/March 2, 2010 Domanskis email to Serritella and Borlack, cc Clark/ March 8, 2010 Serritella email to Domanskis and Borlack, cc Clark |
| 16 | May 11, 2010 Clark email to Borlack forwarding his May 10, 2010 email to Dunham and Cogswell |
| 17 | February 24, 2010 Borlack email to Shah, Joshi, Schreiber and Blumenthal, cc Muschler |
| 18 | February 26, 2010 Borlack email to Shah, Muschler, and Joshi |
| 19 | March 24, 2010 Blumenthal email to Shah and Joshi, cc Borlack, enclosing March 22, 2010 Neville letter to Blumenthal, cc Serritella |
| 20 | March 24, 2010 Blumenthal email to Shah and Joshi, cc Borlack and Schreiber, enclosing March 24, 2010 Serritella letter to Domanskis, cc Clark |
| 21 | April 6, 2010 Muschler email to Borlack |
| 22 | April 7, 2010 Borlack email to Muschler and Grossman |
| 23 | April 7, 2010 Muschler email to Borlack |
| 24 | April 14, 2010 Muschler email to Garrie, Borlack and Grossman |
| 25 | April 15, 2010 Muschler email to Dedinas, cc Borlack and Grossman |

| | |
|---|---|
| 26 | April 16, 2010 Grossman email to Shah and Joshi, cc Borlack |
| 27 | April 16, 2010 Joshi email to Grossman, cc Shah and Borlack |
| 28 | April 16, 2010 Grossman email to Joshi, cc Shah and Borlack |
| 29 | April 16, 2010 Joshi email to Grossman, cc Shah, Borlack and Blumenthal |
| 30 | April 19, 2010 Grossman email to Dedinas, cc Borlack and Muschler |
| 31 | April 19, 2010 Grossman email to Joshi and Shah, cc Schreiber, Blumenthal and Borlack |
| 32 | April 24, 2010 Grossman email to Borlack and Muschler |
| 33 | April 26, 2010 Grossman email to Joshi, cc Shah, Borlack and Muschler |
| 34 | April 28, 2010 Grossman email to Joshi, cc Shah, Borlack and Muschler |
| 35 | April 28, 2010 Joshi email to Grossman, cc Shah, Borlack and Muschler |
| 36 | April 28, 2010 Grossman email to Joshi, cc Shah, Borlack and Muschler |
| 37 | April 29, 2010 Grossman email to Joshi, cc Shah, Borlack and Muschler enclosing draft April 29, 2010 letter to Dedinas |
| 38 | April 29, 2010 Joshi email to Grossman, cc Muschler, Borlack and Shah |
| 39 | May 11, 2010 Grossman email to Joshi, cc Shah and Borlack |
| 40 | May 13, 2010 Grossman email to Joshi, cc Shah and Borlack |
| 41 | May 13, 2010 Joshi email to Grossman, cc Shah and Borlack |
| 42 | May 13, 2010 Grossman email to Dedinas |
| 43 | May 25, 2010 Grossman email to Joshi, cc Shah and Borlack |
| 44 | May 27, 2010 Grossman email to Joshi, cc Shah and Borlack |
| 45 | June 2, 2010 Grossman email to Joshi, cc Shah and Borlack |
| 46 | June 4, 2010 Grossman email to Joshi, cc Shah and Borlack |
| 47 | July 7, 2010 Grossman email to Joshi, cc Shah, Borlack and Garrie |

| | |
|---|---|
| 48 | July 23, 2010 Grossman email to Joshi, cc Shah, Borlack and Garrie |
| 49 | July 23, 2010 Joshi email to Grossman, cc Shah, Borlack and Garrie |
| 50 | August 4, 2010 Borlack letter to Shah, cc Grossman |
| 51 | August 5, 2010 Borlack email to Grossman |
| 52 | August 13, 2010 Grossman email to Shah and Joshi, cc Borlack |
| 53 | August 17, 2010 Grossman email to Joshi and Shah, cc Borlack |
| 54 | August 19, 2010 Grossman email to Borlack |
| 55 | August 20, 2010 Borlack email to Joshi and Shah, cc Flesch, Glickman and Grossman |
| 56 | August 20, 2010 Shah email to Borlack, cc Joshi, Flesch, Glickman and Grossman |
| 57 | August 25, 2010 Shah email to Grossman/August 25, 2010 Grossman email to Borlack |
| 58 | Transcript of August 26, 2010 status hearing (pp, 10-12) |
| 59 | August 28, 2010 Shah email to Clark (bcc Borlack) |
| 60 | August 30, 2010 Shah email to Borlack, Blumenthal, and Joshi forwarding Clark email |
| 61 | August 30, 2010 Shah email to Borlack, Blumenthal, and Joshi forwarding Clark email |
| 62 | August 30, 2010 Borlack email to Serritella/August 30, 2010 Serritella email to Borlack |
| 63 | September 3, 2010 Borlack email to Serritella/September 3, 2010 Serritella email to Borlack |
| 64 | September 7, 2010 Borlack email to Grossman |
| 65 | September 10, 2010 Borlack email to Serritella |
| 66 | September 10, 2010 Borlack email to Shah, cc Flesch, Glickman, and Grossman |

| | |
|---|---|
| 67 | August 31, 2010 Borlack email to Jacobs, cc Grossman/September 1, 2010 Jacobs email to Borlack/September 2, 2010 Borlack email to Jacobs/September 2, 2010 Jacobs email to Borlack |
| 68 | September 2, 2010 Borlack email to Shah, cc Grossman, Flesch, and Glickman |
| 69 | September 2, 2010 Shah email to Borlack, cc Grossman, Flesch, and Glickman |
| 70 | September 7, 2010 Borlack email to Shah, cc Joshi and Grossman |
| 71 | September 24, 2010 Shah email to Borlack, cc Joshi |
| 72 | Internet search re Diagems FZC |
| 73 | Secretary of State Corporation File Report re Diagem, Inc. |
| 74 | UCC Financing Statement produced in discovery (FMB 35) |
| 75 | March 26, 2010 Transcript of deposition of Paresh Joshi (excerpts) |
| 76 | April 9, 2010 Transcript of deposition of Paresh Joshi (excerpts) |
| 77 | July 20, 2010 memo by Karol Stankiewicz, signed by Dave Clark and Tom Driver (FMB 55 and July 25, 2010 Note to Mehul and Varsha Shah, and Bill, Disbursement Request And Authorization, and Loan Request Summary produced by FMB in discovery (FMB 56-60) |
| 78 | November 8, 2010 Transcript of deposition of Dave Clark (excerpts) |
| 79 | November 22, 2010 Transcript of deposition of Mehul Shah (excerpts) |
| 80 | November 9, 2010 Transcript of deposition of Steven H. Blumenthal (excerpts) |
| 81 | November 22, 2010 Transcript of deposition of Paresh Joshi (excerpts) |
| 82 | December 1, 2010 Transcript of deposition of Paresh Joshi (excerpts) |

## ADDENDUM TO TABLE OF CONTENTS OF EXHIBITS

| | |
|---|---|
| 83 | January 31, 2010 Dieterich email to Jacobs, cc Waltz |
| 84 | April 13, 2010 Clark email to Dieterich/April 14, 2010 Dieterich email to Jacobs, Waltz, cc Lauber |
| 85 | May 19, 2010 Clark email to Dieterich |
| 86 | May 27, 2010 Dieterich email to Waltz, cc Jacobs |