# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

United Central Bank
                            Plaintiff,

v.                                                     Case No.: 1:10–cv–00331
                                                            Honorable Gary Feinerman

Kanan Fashions, Inc, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 18, 2011:

      MINUTE entry before Honorable Gary Feinerman:For the reasons set forth in the accompanying Memorandum Opinion and Order, Plaintiff's motion for partial judgment on the pleadings [102] is granted in part (as to Count I of the complaint, as it pertains to Loan Nos. 2–4) and denied as moot in part (as to the counterclaims); Defendants' motion to dismiss for lack of subject matter jurisdiction [367] is denied; and Plaintiff's motion for leave to amend Paragraph 1 of its Addendum to the Complaint [377] is granted. Plaintiff shall file amended Paragraph 1 of the Addendum by 2/25/2011. Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.